# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **LEXINGTON LUMINANCE LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No.  6:24-cv-144-ADA-DTG |
| § | |
| **TCL ELECTRONICS HOLDINGS** § | **JURY DEMANDED** |
| **LTD. (F/K/A TCL MULTIMEDIA** § | |
| **TECHNOLOGY HOLDINGS, LTD.)** § | |
| **and** § | |
| **TCL INDUSTRIES HOLDINGS CO.,** § | |
| **LTD.** § | |
| § | |
| **Defendants.** § | |
| § | |

## CLAIM CONSTRUCTION ORDER

Before the Court are the Parties' claim construction briefing: Defendant's Opening and Reply Briefs (ECF Nos. 35 and 40, respectively), Plaintiff's Responsive and Sur-Reply Briefs (ECF Nos. 36 and 41, respectively), and the Parties' Joint Claim Construction Statement (ECF No. 43). The Court provided the Parties with preliminary constructions on March 23, 2025, and after consultation, the Parties decided that a *Markman* hearing was not necessary The Court issues this Order to memorialize the Court's final claim construction rulings for the parties, and to inform the parties that the Court will issue a more-detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) does not begin to run until the more-detailed Order is entered on the docket.

1

**IT IS SO ORDERED**.

SIGNED this 24th day of March, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

**Disputed Claim Constructions:**

| Claim Term | Claim Number | Plaintiff's Proposal | Defendants' Proposal | Court's Preliminary Constructions |
|---|---|---|---|---|
| a sloped smooth etching profile… without a prescribed angle of inclination | Claim 15 | when viewed in outline from the side, the trenches have etched sloped smooth sides without a constant angle of inclination **Furthermore, "etching" is three-dimensional. Furthermore, the entire portion of the etching profile that is sloped is to be curved.** | when viewed in outline from the side, the trenches have etched sloped smooth sides without a constant angle of inclination | when viewed in outline from the side, the trenches have etched sloped smooth sides without a constant angle of inclination |
| comprising a plurality of inclined lower portions | Claims 1, 2, 15-18 | including two or more **[lower portions]** that are inclined relative to the overall plane of the substrate | including two or more **[portions]** that are **[adjacent to the substrate]** and inclined relative to the overall plane of the substrate | including two or more **[lower portions]** that are inclined relative to the overall plane of the substrate |
| low defect density | Claim 2 | a lower defect density than it otherwise would without the claimed textured district  Alternatively, plain and ordinary meaning. No construction required. | Indefinite  Alternatively, reduced defect density relative to a structure having an etched profile with a prescribed angle of inclination | Not indefinite.  a lower defect density relative to a structure without the claimed textured district |
| first layer | Claims 1, 2, 15 | Plain and ordinary meaning. No construction required. | a thickness of material [**exhibiting a lattice constant**], which may be made | Plain and ordinary meaning |

3

| | | Note: A layer may be made up of sublayers<br><br>Alternatively, a **[first]** thickness of material, which may be made up of sublayers, but does not refer to a substrate | up of sublayers, but does not refer to a substrate | |

**Agreed Claim Constructions:**

| Claim Term | Claim Number | Joint Proposal |
|---|---|---|
| a sloped etching profile with a smooth rotation of microfacets | Claims 1 & 2 | "when viewed in outline from the side, the trenches have etched sloped sides made up of a smooth rotation of microfacets." |
| a sloped etching profile… without a prescribed angle of inclination | Claims 1 & 2 | when viewed in outline from the side, the trenches have etched sloped sides without a constant angle of inclination |
| layer | Claims 1, 2, 15 | Plain and ordinary meaning. No construction needed. |
| having | Claims 1, 15 | including but not limited to |
| trenches | Claims 1, 2, 15-18 | areas in the surface of the substrate from which some amount of material is removed in order to create a pattern on the surface of the substrate |
| disposed on | Claims 1, 15 | applied directly or indirectly above |
| lattice-mismatched misfit system | Claims 1, 15 | a system in which a crystal layer exhibiting one lattice constant is disposed on a substrate that exhibits a different lattice constant |
| active layer | Claims 1, 15 | the layer in the light-emitting device that emits the light |
| substrate | Claims 1, 15 | the supporting material upon which the other layers of a light-emitting device are grown |
| microfacets | Claims 1, 15 | very small planes that make up a surface contour |

| | | |
|---|---|---|
| whereby said plurality of inclined lower portions are configured to guide extended lattice defects away from propagating into the active layer | Claims 1, 15 | such that the inclined lower portions are shaped to reduce the propagation of extended lattice defects into the active layer |
| said substrate is selected from the group comprising group III-V, group IV, group II-VI elements and alloys, ZnO, spinel and sapphire | former Claim 1 | Plain and ordinary meaning. No construction needed. |
| having at least one of a group consisting of group III-V, group IV, group II-VI elements and alloys, ZnO, spinel and sapphire | Claims 1, 15 | Plain and ordinary meaning. No construction needed. |
| group III-V . . . elements and alloys | Claims 1, 15 | an alloy of at least one group III element (i.e., boron, aluminum, gallium, indium, thallium) and at least one group V element (i.e., nitrogen, phosphorous, arsenic, antimony, bismuth) |
| group IV . . . elements and alloys | Claims 1, 15 | a group IV element alone (i.e., carbon, silicon, germanium, tin, lead), or an alloy of two or more group IV elements |
| group II-VI . . . elements and alloys | Claims 1, 15 | Plain and ordinary meaning. No construction required. |
| light-emitting structure | Claims 1, 15 | Plain and ordinary meaning. No construction required. |
| extended lattice defects | Claims 1, 15 | Plain and ordinary meaning. No construction required. |
| sharp corners | Claim 15, 17 | Plain and ordinary meaning. No construction required. |
| the sides of said etched trenches are without a prescribed angle of inclination | Claim 18 | the sides of said etched trenches are without a constant angle of inclination |

5