AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS W

| | |
|---|---|
| LEXINGTON LUMINANCE LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 6:24-CV-144-ADA-DTG |
| TCL ELECTRONICS HOLDINGS LTD. ET. AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TCL ELECTRONICS HOLDINGS LTD. (F/K/A TCL MULTIMEDIA TECHNOLOGY HOLDINGS, LTD. ET. AL.

Date:     04/08/2025

Christopher Clayton
*Attorney's signature*

Christopher Clayton (MO 69692)
*Printed name and bar number*
7700 Bonhomme, Suite 400
St. Louis, MO 63105

*Address*

cclayton@harnessip.com
*E-mail address*

(314) 446-7668
*Telephone number*

*FAX number*